638 A.2d 128

IN THE MATTER OF MITCHELL EISENSTAT,
AN ATTORNEY AT LAW.

February 1, 1994.

## CORRECTED ORDER

The Office of Attorney Ethics having petitioned the Supreme Court for the placement on disability inactive status of **MITCHELL EISENSTAT,** of **MONSEY, NEW YORK,** who was admitted to the bar of this State in 1985, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–9(e), **MITCHELL EISENSTAT** is transferred to disability inactive status, effective immediately and until further Order of the Court; and it is further

ORDERED that **MITCHELL EISENSTAT** is ineligible to practice law; and it is further

ORDERED that **MITCHELL EISENSTAT** be restrained and enjoined from practicing law while he is on disability inactive status; and it is further

ORDERED that **MITCHELL EISENSTAT** comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended attorneys.